IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JERRY D. ROOF,

        Defendant.

CRIMINAL NO. 14-CR-30057-DRH

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On November 13, 2014, this Court entered an Order for forfeiture against defendant Jerry D. Roof for the following property which had been seized from the defendant:

**One Phoenix Arms, Raven .25 caliber semi-automatic pistol, bearing serial number 3191891, and any and all ammunition contained therein.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 18 U.S.C. § 2253.

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning December 29, 2016, and ending January 27, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 18 U.S.C. § 2253, that no

third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on November 13, 2014, namely:

> **One Phoenix Arms, Raven .25 caliber semi-automatic pistol, bearing serial number 3191891, and any and all ammunition contained therein.**

The United States Marshal or the Madison County (Illinois) Sheriff's Department shall dispose of the property according to law.

**DATE: March 7, 2017**

Digitally signed by
Judge David R. Herndon
Date: 2017.03.07
13:29:06 -06'00'

**United States District Judge**